

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00123-CV

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2016-000171-3) |
| V. | § | August 25, 2022 |
| JOSE MANUEL GONZALEZ, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's default judgment is reversed, and we render judgment dismissing Appellee Jose Manuel Gonzalez's takings claim and ordering that Gonzalez take nothing on his remaining claims.

It is further ordered that Appellee Jose Manuel Gonzalez must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr